Keely E. Duke
ISB # 6044; ked@dukescanlan.com
DUKE SCANLAN HALL PLLC
1087 West River Street, Suite 300
Boise, ID 83702
Telephone: (208) 342-3310
Facsimile: (208) 342-3299

Scott E. Hennigh (*pro hac vice application forthcoming*)
CAB #184413; shennigh@hansonbridgett.com
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

*Attorneys for Plaintiff Engineering/Remediation Resources Group, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ENGINEERING/REMEDIATION RESOURCES GROUP, INC. | Case No.: 17:CV-316 |
| Plaintiff | **COMPLAINT** |
| v. | |
| PERFORMANCE SYSTEMS, INC. | |
| Defendant | |

Plaintiff, Engineering/Remediation Resources Group, Inc. ("ERRG" or "Plaintiff"), by the undersigned counsel, brings this Complaint against Defendant, Performance Systems, Inc. ("PSI" or "Defendant"), and alleges the following.

## NATURE OF THE ACTION

1. This case arises because Defendant PSI has breached a Subcontract Agreement to supply and install two 200,000 gallon welded water storage tanks in Malaemi, America Samoa. Plaintiff ERRG fulfilled its contractual obligations under the Subcontract Agreement and provided a progress payment to PSI in the amount of $357,062.40. Despite receiving the timely progress payment from ERRG, PSI failed to deliver the two welded water storage tanks, failed to pay its subcontractor, Yanke Machine Works, Inc., to manufacture the tanks, failed to complete the fabrication of the accessories for the two tanks in accordance with the Subcontract Agreement's specifications, and informed ERRG that it was unable to perform additional work on the subcontract as of April 4, 2017.

## THE PARTIES

2. Plaintiff ERRG is a California corporation and its principal place of business is located in Martinez, California.

3. Defendant is an Idaho corporation and its principal place of business is located in Meridian, Idaho.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000 exclusive of interest and costs. Plaintiff is a citizen of California. Defendant is a citizen of Idaho.

5. Venue in this district is appropriate pursuant to 28 U.S.C. § 1391 because Defendant resides in this judicial district.

## FACTUAL ALLEGATIONS

6. On or about July 14, 2016, Plaintiff and Defendant (the "Parties") entered into a written Subcontract Agreement for the supply and installation of two welded water storage tanks in Malaemi, America Samoa.

7. A true and correct copy of the Subcontract Agreement is attached hereto as Exhibit A and incorporated by reference herein.

8. Pursuant to the terms of the Subcontract Agreement, ERRG agreed to pay PSI a total amount of $1,178,388.00 for the following: (1) two 200,000 gallon welded water storage tanks: materials and accessories; (2) installation and coating of two 200,000 gallon welded water storage tanks; (3) freight to Pago Pago, American Samoa Port; and (4) foundation design. (*See* Ex. A at 1, 13.)

9. Plaintiff ERRG fully performed its contractual obligations under the Subcontract Agreement by making a progress payment to PSI in the amount of $357,062.40 ($396,736.00 invoiced less 10% retainage). This payment constituted roughly 60% of the total costs for materials and accessories for the two welded water storage tanks, as expressly contemplated by the Terms of Payment section of the Subcontract Agreement. (*See* Ex. A at 17.)

10. PSI materially breached the Subcontract Agreement by (1) failing to pay its subcontractor, Yanke Machine Shop, Inc., for fabrication of the two welded water storage tanks; (2) failing to complete the fabrication of the tank accessories such as nozzles, hatches, ladders, platforms, cages, and handrails in accordance with the plans contained within the Subcontract Agreement; and (3) by confirming verbally to ERRG on April 4, 2017 that it was unable to perform any further work on the subcontract. ERRG inspected the tank accessories fabricated by

PSI and that inspection revealed that the welds are incomplete, hatch dimensions are incorrect, accessories are missing, and certain components are not hot dip galvanized as required.

11. In accordance with Section 4.7 of the Subcontract Agreement, ERRG sent PSI a written Notice of Default and Termination for Cause of the Subcontract Agreement on April 21, 2017 as a result of PSI's material breach of the contract. In the Notice of Termination letter, ERRG expressly demanded PSI repay the $357,062.40 that ERRG had paid to PSI under the Subcontract Agreement. To date, PSI has failed to pay the amount owed to ERRG of $357,062.40.

12. Due to PSI's failure to perform its obligations under the Subcontract Agreement, ERRG does not have the two welded water storage tanks and is now required to pay other suppliers to fulfill its contractual requirements under its Prime Contract with American Samoa Power Authority.

13. As a direct, natural, and proximate result of PSI's breach of the Subcontract Agreement, Plaintiff has suffered damages, including incidental damages, attorneys' fees, and costs.

## COUNT I
## (BREACH OF CONTRACT)

14. Plaintiff re-alleges and incorporates by reference the allegations set forth in paragraphs 1-13.

15. The Subcontract Agreement is a valid, lawful, and binding contract between ERRG and PSI.

16. Section 4.12 of the Subcontract Agreement provides that "this AGREEMENT shall be governed by the laws of the State of California without giving effect to the principles thereof relating to conflicts of law."

17. Plaintiff ERRG has performed and complied with all of its obligations under the Subcontract Agreement.

18. Defendant PSI breached the Subcontract Agreement by failing to pay its subcontractor, Yanke Machine Shop, Inc., for fabrication of the two welded water storage tanks; and by failing to complete the fabrication of the tank accessories such as nozzles, hatches, ladders, platforms, cages, and handrails in accordance with the plans contained within the Subcontract Agreement.

19. Defendant PSI breached the Subcontract Agreement by failing to deliver the two welded water storage tanks to ERRG as required by the Subcontract Agreement and further breached the contract by verbally confirming on April 4, 2017 that it was unable to perform any further work on the subcontract.

20. PSI is also improperly retaining ERRG's payment of $357,062.40 and by failing to repay ERRG for the amount of money that ERRG has paid to PSI to date under the Subcontract Agreement.

21. As a direct, natural, and proximate result of PSI's breach of the Subcontract Agreement, Plaintiff has suffered damages, including incidental damages, attorneys' fees, and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

a. For compensatory damages, including incidental damages, in an amount to proven at trial, but in excess of $75,000.00 exclusive of interests and costs;

b. For attorneys' fees and costs incurred by Plaintiff relating to Defendant's breach of the Subcontract Agreement, as provided by Section 5.2 of the Subcontract Agreement;

c. For pre-judgment interest;

d. For post-judgment interest; and

e. For such other and further relief as the Court deems just and proper.

DATED: August 2, 2017               DUKE SCANLAN HALL PLLC


By:    /s/ Keely E. Duke
      Keely E. Duke

HANSON BRIDGETT LLP

SCOTT HENNIGH (*pro hac vice application forthcoming*)

Attorneys for Plaintiff, Engineering/Remediation Resources Group, Inc.

---

**COMPLAINT**                                                                                                                           Page 6

13666109.1