Joshua S. Evett
ISB No. 5587; jse@dukeevett.com
Abigail R. Germaine
ISB No. 9231; arg@dukeevett.com
1087 West River Street, Suite 300
Boise, ID 83702
Telephone: (208) 342-3310
Facsimile: (208) 342-3299

Scott E. Hennigh, Pro Hac
CSB No. 184413; scott.hennigh@hennighlaw.com
Hennigh Law Corporation
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111-4164
Telephone: (415) 325-5855;
700 Flower Street, Suite 1000
Los Angeles, CA 90017
Telphone (213) 227-7226

Attorneys for Plaintiff
Engineering/Remediation Resources Group, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ENGINEERING/REMEDIATION RESOURCES GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>PERFORMANCE SYSTEMS, INC.<br><br>Defendant | Case No. 1:17-cv-00316-EJL<br><br>NOTICE OF GARNISHMENT |

TO: First Interstate Bank

c/o Sheila R. Schwager, Counsel for First Interstate Bank
Hawley Troxell
877 Main Street, Suite 1000
Boise, Idaho 83701

**NOTICE OF GARNISHMENT - PAGE 1**

YOU ARE HEREBY NOTIFIED that in accordance with a Writ of Execution ("Writ") issued out of the above-named Court in the above-entitled case, a copy of which Writ is served upon you herewith, all monies and debts owing by you to Performance Systems Inc., ("Defendant"), or any account in the name of Defendant in an amount sufficient to discharge Plaintiff's claim, and all money or personal property of said Defendant in your hands or under your control belonging to Defendant is attached.

You should pay over to this officer all debts owing by you to the Plaintiff, or a portion thereof sufficient to discharge the claims of Plaintiff, or any or all money of the Defendant in your hands to a similar amount; or

DATED this \_\_\_ day of April, 2021

                                             U.S. Marshal Office

                                             By: _____
                                                     U.S. Marshal