Joshua S. Evett
ISB No. 5587; jse@dukeevett.com
Abigail R. Germaine
ISB No. 9231; arg@dukeevett.com
1087 West River Street, Suite 300
Boise, ID 83702
Telephone: (208) 342-3310
Facsimile: (208) 342-3299

Scott E. Hennigh, Pro Hac
CSB No. 184413; scott.hennigh@hennighlaw.com
Hennigh Law Corporation
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111-4164
Telephone: (415) 325-5855;
700 Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone (213) 227-7226


Attorneys for Plaintiff
Engineering/Remediation Resources Group, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ENGINEERING/REMEDIATION RESOURCES GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>PERFORMANCE SYSTEMS, INC.<br><br>Defendant | Case No. 1:17-cv-00316-EJL<br><br>INTERROGATORIES TO GARNISHEE |

You must answer these Interrogatories **within five (5) days from the date served** as required by I.C. §11-719. If you fail to respond the creditor can request a judgment

against you for the amount owed by any of the Defendants. **Please return the Answer to Joshua S. Evett., c/o Duke Evett, PLLC 1087 W. River Street, Boise Idaho 83702.**

## INSTRUCTIONS

A.   You are requested to provide all information known by you or available to you.

B.   If you cannot answer any of the Interrogatories completely, provide whatever information you have.

C.   Once completed and signed make a copy for yourself, and send the original to the person at the address listed above.

1.   At the time of the service of the garnishment, had you in your possession, or under your control, any property, money or effects of any of the Defendants? If so, state which Defendant, what property, how much, and of what value, and what money or effects.

ANSWER: _____

_____

2.   At the time of the service of the garnishment, did you owe any of the Defendants any money, or do you owe them any now? If so, state which Defendant, how much, on what account, and when did it become due? If not due, when will it become due?

ANSWER: _____

_____

3. At the time of the service of the garnishment, did any of the Defendants have any accounts with you?

ANSWER: _____

4. If your answer to Question 3 is yes, please identify the accounts by the name on the account(s) and the account(s) number?:

ANSWER: _____

## CERTIFICATION UNDER PENALTY OF PERJURY

I certify under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

DATE: _____

_____    _____
Typed/printed                                                Signature