UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ENGINEERING/REMEDIATION RESOURCES GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>PERFORMANCE SYSTEMS, INC.<br><br>Defendant | Case No. 1:17-cv-00316-DCN<br><br>**ORDER FOR ISSUANCE OF WRIT OF EXECUTION** |

Pending before the Court is Plaintiff's Motion for Writ (Dkt. 28).[1] Having previously entered a Default Judgment in favor of Plaintiff Engineering/Remediation Resources Group, Inc. on May 31, 2018, and having reviewed the record in this matter and being fully advised in the premises, the Court GRANTS the Motion and hereby orders that the Amended Writ of Execution (Dkt. 28-1) shall be issued in conformance with the Default Judgement and Idaho Code §§ 8-509(b) and 11-101.

### ORDER

1. Plaintiff's Motion for Writ (Dkt. 28) is GRANTED.
2. The Court will issue the Amended Writ of Execution (Dkt. 28-1).
3. Plaintiff's prior Motion for Writ of Execution (Dkt. 26) is DENIED as MOOT.

DATED: October 7, 2021

David C. Nye
Chief U.S. District Court Judge

---

[1] This Motion for Writ (Dkt. 28) amends the plaintiff's earlier Motion for Writ of Execution (Dkt. 26). As such, the earlier motion is moot.

ORDER FOR ISSUANCE OF WRIT OF EXECUTION - 1