UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ENGINEERING/REMEDIATION RESOURCES GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>PERFORMANCE SYSTEMS, INC.<br><br>Defendant. | Case No. 1:17-cv-00316-DCN<br><br>**AMENDED WRIT OF EXECUTION** |

TO THE UNITED STATES MARSHAL, GREETINGS:

WHEREAS, on May 31, 2018, Engineering/Remediation Resources Group, Inc., ("Judgment Creditor") obtained a Default Judgment entered in the United States District Court for the District of Idaho, Case No. 1:17-cv-316-EJL ("Default Judgment") against the Defendant, Performance Systems, Inc., in this case.

WHEREAS, said Default Judgment was for the principal sum of $404,722.74; and WHEREAS, said Default Judgment in the action is filed in the Clerk's office of said Court; and

WHEREAS, said Default Judgment accrues interest at the statutory interest rate; and

WHEREAS, the balance of the Default Judgment as of April 28, 2021, is calculated as follows:

| | |
|---|---|
| JUDGMENT: | $404,722.74 |
| Post-judgment Interest at 2.31% annum from 05/31/2018 through 04/28/2021 to 28 U.S.C. 1961, excluding pre-judgment Interest. | $27,227.64 |
| TOTAL DUE AS OF 4/8/2021: | $431,950.38 |

AMENDED WRIT OF EXECUTION - 1

Interest continues to accrue from April 28, 2021, at $25.61 per day, (2.31% annual post-judgment rate pursuant to 28 U.S.C. 1961), and reasonable collection costs, including attorneys' fees and costs, incurred in pursuing collection on the judgment continue to accrue.

WHEREAS, Performance Systems, Inc., who's EIN number is 47-0904184, has funds held by First Interstate Bank that must satisfy the Default Judgment.

NOW THEREFORE, you are hereby required to satisfy said Default Judgment by serving this Writ of Execution on First Interstate Bank or its legal counsel of record, Hawley Troxell, and obtaining a check made payable to Engineering/Remediation Resources Group, Inc.

DATED: October 7, 2021

_____
David C. Nye
Chief U.S. District Court Judge

AMENDED WRIT OF EXECUTION - 2